IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 MAR 24   PM 3: 55

| | |
|---|---|
| SHERICE CROFT, EMILIE NICHOLSON, ROBERT POEHL, AND KYLE POEHL, PLAINTIFFS, | § § § § |
| V. | §   CIVIL NO. 1:13-CV-926-LY |
| LUTHERAN SOCIAL SERVICES OF THE SOUTH, INC., DEFENDANT. | § § § § § |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On December 30, 2014, this court granted Plaintiffs' motion to dismiss and dismissed with prejudice all claims against Defendant Scott & White Hospital - Brenham (Clerk's Doc. No. 77). On January 23, 2015, this court granted Plaintiffs' motion to dismiss and dismissed with prejudice all claims against Defendant Lonnie Hermann, MD (Clerk's Doc. No. 82). By separate order signed this day, pursuant to the remaining parties' Joint Stipulation of Dismissal (Clerk's Doc. No. 89), the court dismissed all remaining claims in this action with prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 58,

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this 24th day of March, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE